IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KURT L. EHRESMAN,** : **Civil No. 1:19-cv-212**
:
**Plaintiff,** :
:
**v.** :
:
**THE HERSHEY COMPANY,** :
:
**Defendant.** : **Judge Sylvia H. Rambo**

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss (Doc. 11) is **GRANTED** and the complaint is **DISMISSED** with prejudice. The Clerk of Court is directed to close this case.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: November 4, 2019